UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JORDAN MOTTA,
    Plaintiff,

v.                                       Case No. 8:21-cv-679-KKM-TGW

PARAMOUNT RECOVERY SYSTEMS, L.P.,

    Defendant.
_____/

## ORDER

    The Court has been advised by a Notice of Settlement (Doc. 26) that the parties have reached a settlement in this action. Accordingly, consistent with Local Rule 3.09(b), the Court orders that this case is **dismissed without prejudice,** subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on September 30, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge